458 A.2d 1354

COMMONWEALTH of Pennsylvania

v.

Arthur WATKINS, Appellant.

Supreme Court of Pennsylvania.

Argued April 25, 1983.

Decided May 3, 1983.

Reargument Denied June 22, 1983.

Basil G. Russin, Public Defender, Joseph F. Sklarosky, Asst. Public Defender, Wilkes Barre, for appellant.

Joseph P. Giovannini, Asst. Dist. Atty., Joseph G. Albert, Wilkes Barre, for appellee.

Before ROBERTS, C.J., and NIX, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

554

## ORDER

PER CURIAM:

Judgments of sentence affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.